**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-02223-GBN |
|---|---|
| WEISE CHRISTOPHER and WEISE, BRIDGET, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3012 | 4/2/10 | DJ VODIKA<br>179425 W. MAUI<br>SURPRISE, AZ 85388 | $638.51 |

Dated this 28th day of April, 2010.

/s/ David M. Reaves
David M. Reaves,
Chapter 7 Trustee